# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| THE UNITED STATES OF AMERICA , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>WELLNESS MOBILES CLINICS INC. , et al.<br><br>DEFENDANT(S). | 2:25−cv−06542<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 7/16/2025 | 1 | COMPLAINT |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

It appears a case−initiating document should have been manually filed under seal in accordance with Local Rule 5−4.2(b)(3). All future filings should not be e−filed using the CM/ECF system and must be manually filed at the U.S. District Court Clerks Office per Local Rule 79−5. This link can assist you with the procedures of filing sealed documents. http://www.cacd.uscourts.gov/court−procedures/filing−procedures/sealed−documents.

Clerk, U.S. District Court

Dated: July 22, 2025         By:  /s/ *Shaunte M Hunter  Shaunte_Hunter@cacd.uscourts.gov*
                                  Deputy Clerk